```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Testa, individually and doing business as Mean Folk, LLC, a Vermont Limited Liability Company,

       Plaintiff,

-against-

360 Digitizing Solutions, a business entity of form unknown; and DOES 1-10,

       Defendants.

23 Civ. 7848 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 It is ORDERED that by **January 19, 2024**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action.

 SO ORDERED.

Dated: December 12, 2023
   New York, New York

_____
ANALISA TORRES
United States District Judge